# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| TRAVIS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cv-2422-STA-cgc |
| | ) | |
| ILLINOIS CENTRAL RAILROAD COMPANY | ) | |
| a/k/a CANADIAN NATIONAL RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On October 29, 2010, this Court entered an Order to Show Cause (D.E. # 3) ordering Plaintiff Travis Smith to show cause, by Monday, November 8, 2010, why this case should not be dismissed for failure to prosecute. The Plaintiff has failed to file a response. Consequently, this Court hereby dismisses this matter with prejudice.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: December 2, 2010