*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **TRAVIS SMITH** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **ILLINOIS CENTRAL RAILROAD COMPANY a/k/a CANADIAN NATIONAL RAILROAD COMPANY** | **CASE NO: 10-2422-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on December 2, 2010, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 12/3/2010

                                      THOMAS M. GOULD
                                      Clerk of Court

                                      s/Terry L. Haley
                                    (By)   Deputy Clerk